AO 91 (Rev. 11/11) Criminal Complaint

AUSA GLENN-APPLEGATE

# UNITED STATES DISTRICT COURT
для the
Southern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 2:25-mj-611 |
| ANIRUDH VENKATAKRISHNAN | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2020 through the present__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud |
| 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

Kyle M. Borton
Digitally signed by Kyle M. Borton
Date: 2025.10.29 14:28:39 -04'00'

*Complainant's signature*

Kyle Borton, IRS-CI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Via Telephone
October 30, 2025

City and state: Newark, Ohio

Elizabeth A. Preston Deavers
United States Magistrate Judge