PS-08
Rev (1/13)

# UNITED STATES DISTRICT COURT
FOR THE
## SOUTHERN DISTRICT OF OHIO - COLUMBUS

U.S.A. vs    Anirudh Venkatakrishnan                         Docket No:    **0648 2:25-00611M (1)**

## PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW Frank Clardy, Pretrial Services Officer, presenting an official report upon the conduct of defendant  Anirudh Venkatakrishnan (2893 Clark-Shaw Road, Powell, OH  43065), who was placed under pretrial release supervision by The Honorable Kimberly A Jolson, sitting in the court at Columbus on November 24, 2025, under the following conditions:

(1) The defendant must not violate any federal, state, or local law while on release.

(2) The defendant must report immediately to the Pretrial Services Officer every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

(3) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(4) The defendant must immediately advise the court and the defense counsel in writing before making any change of residence or telephone number.

(5) The defendant must appear in court as required and must surrender as directed to serve any sentence imposed.

(6) Submit to supervision and report for supervision.

(7) Continue or actively seek employment.

(8) Surrender any passport to the Clerk of Courts.

(9) Not obtain any passport or other international travel document.

(10) Abide by the following restrictions on personal association, residence, or travel: Travel restricted to the Southern District of Ohio and Florida through December 6, 2025.

(11) Avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution.

(12) Not use alcohol at all.

(13) Not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U. S.C. § 802, unless prescribed by a licensed medical practitioner.

(14) Submit to testing for a prohibited substance if required by the Pretrial Services Office or the supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance screening or testing.

(15) Participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the Pretrial Services Office or supervising officer.

(16) Participate in mental health treatment as directed by the Pretrial Services Officer.

(17) Notify employer of the instant alleged offense as recommended by the Pretrial Services Officer.

(18) Comply with conditions of other court-imposed supervision and allow information regarding federal supervision adjustments to be shared with the supervising officer.

(19) Participate in one of the following location monitoring program components (SAM) and abide by its requirements which will include GPS monitoring.

(20) You are subject to the following computer/internet restrictions, which may include manual inspection of any internet-capable device (such as a computer, cell phone, or gaming system), and/or the installation of computer monitoring software, as deemed appropriate by Pretrial Services. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the Pretrial Services Officer.

Date:   March 31, 2026                          s/Frank J. Clardy
        _____                         _____
                                                U.S. Pretrial Services Officer

## Court Order

☐   No Action

☐   The Court finds that there is probable        Considered and ordered this 31st day of
    cause to believe the Defendant has            MARCH, 2026 and ordered filed and made
    violated the conditions of his/her            a part of the records in the above case.
    release and orders the issuance of a
    warrant for his/her arrest.

☒   Appear and Show Cause on the
    following date and time:

☐   Modification of the Bond and/or the
    Conditions of release as follows:

☐   Court Instructions:                           _____
                                                  U.S. District Judge / Magistrate Judge
                                                  N. M. KING