

# United States Pretrial Services Office
## Southern District of Ohio
www.ohspt.uscourts.gov

### Melanie A. Furry, Chief U.S. Pretrial Services Officer

| | | |
|---|---|---|
| Potter Stewart U.S. Courthouse | Joseph P. Kinneary U.S. Courthouse | Federal Building & U.S. Courthouse |
| 100 East Fifth Street, Room 301 | 85 Marconi Boulevard, Room 512 | 200 West Second Street, Room 709 |
| Cincinnati, Ohio 45202-3980 | Columbus, Ohio 43215-2398 | Dayton, Ohio 45402-1411 |
| Phone: 513-564-7590 | Phone: 614-719-3070 | Phone: 937-512-1430 |
| Fax: 513-564-7594 | Fax: 614-719-3072 | Fax: 937-512-1445 |

Reply to: Columbus Office

March 31, 2026

TO:     The Honorable Norah McCann King
        United States Magistrate Judge

FROM:   Frank J. Clardy s/FJC
        United States Pretrial Services Officer

RE:     Venkatakrishnan, Anirudh
        2:25-00611M-1
        Bond Violation Report

On November 24, 2025, Mr. Venkatakrishnan appeared before the Honorable United States District Court Magistrate Judge Kimberly A. Jolson on a Complaint charging him with Conspiracy to Commit Wire Fraud, in violation of Title 18 U.S.C. § 1349 and Conspiracy to Commit Money Laundering, in violation of Title 18 U.S.C. § 1356. On that same date, he was released on an own recognizance bond with various conditions of release. No hearings are currently scheduled in this matter.

On March 24, 2026, Pretrial Services Computer Monitoring Specialist, Rob Trigg, noted several violations of the computer monitoring program after reviewing the data of Mr. Venkatakrishnan's monitored android cellphone. On March 13, 2026, Mr. Venkatakrishnan was recorded going to a bidding website where he received a notice that he had been outbid on a 2022 Jeep Grand Wagoneer, with a current bid of $24,300.

On March 14, 2026, Mr. Venkatakrishnan sent the following text message to a saved contact, "Can we get to 16k on the Silverado?" The saved contact responded, "Does It need anything?" Which Mr. Venkatakrishnan responded, "Nope it will be retail ready."

On March 14, 2026, Mr. Venkatakrishnan logged into CentralDispatch by Cox Automatic website with username Ani, for Luxury Worldwide LLC.

On March 17, 2026, Mr. Venkatakrishnan received a text message from a number not saved in his cellphone stating, "Hello, 2015 Nissan Rogue NY-OH Available?" Mr. Venkatakrishnan responded "Yes".

On March 17, 2026, Mr. Venkatakrishnan was recorded asking ChatGPT if he were violating his conditions of bond if he were to hypothetically be employed to sell and buy cars for a dealership using the dealership's money. ChatGPT advised Mr. Venkatakrishnan that he was not in violation but cautioned him that the employment could negatively impact the outcome of his case and advised him to seek approval first to avoid a violation.

On March 17, 2026, Mr. Venkatakrishnan sent a text message to an unsaved number stating, "Hello! Im with car ko, trying to pick up a vehicle I have drivers about 20 minutes away, is that okay?" The unsaved number responded, "We are not there we need the 24 hour notice." Mr. Venkatakrishnan then responded, "Okay my people are coming from columbus Ohio is there any way u guys can get there tonight? My guys can wait. It was an oversight on our part is apologize."

He previously sent this officer an official job offer from Car KO LLC., which is owned by his friend, Ledio Konomi. One of the listed job duties was "Assisting in the sale process of inventory (wholesale or retail). Marketing vehicles for sale on facebook marketplace, nextdoor, craigslist, etc aside from our traditional listing sites."

This officer informed him the Court would have to approve of him accepting the job because it was believed said job duty potentially violated two of his condition of release which states he is prohibited from individually, or through others (including but not limited to any entity he owns or controls whether in whole or part) using, converting, selling, or otherwise disposing of any assets in his possession, custody, and control totaling more than $5,000 without leave of the Court, and he is prohibited from soliciting investors or investments. He disagreed and said he would have his attorney file a motion with the Court.

Mr. Venkatakrishnan sent two additional revised job offers from Car KO LLC., and this officer explained each time the "etc." listed in the job duty made it difficult to determine if it caused issues with his conditions of release. He was advised this officer would reach out to his attorney, as he may be able to explain the issue with the job offer to him as well.

On March 17, 2026, this officer spoke with his attorney, Mark Collins, and informed him of the ongoing issue with Mr. Venkatakrishnan sending job offers with vague job descriptions conflicting with his conditions of release. He asked if this officer was opposed to Mr. Venkatakrishnan selling cars if the Court gave him approval. He was advised this officer would defer to the Court.

On March 18, 2026, Mr. Venkatakrishnan sent the following text message to a saved contact, "Hello we have a retail customer interested in the Maserati we just need a cold start video and walk around." Mr. Venkatakrishnan received a text message from the saved contact stating, "I got you I'll make one in about an hour or so when I get back." That same contact sent Mr. Venkatakrishnan a video of a Maserati.

On March 18, 2026, Mr. Venkatakrishnan was on a bidding website where he received a notice that he had been outbid on a 2019 Lincoln Continental for $9,100.

On March 24, 2026, this officer contacted him and inquired about him biding on the Lincoln Continental. He stated that his friend's (Mr. Konomi) phone wasn't charged, so he used his to place the bid on the vehicle. On March 30, 2026, this officer asked him if there had been any other time he allowed someone to use his monitored device and he said no.

On January 20, 2026, he was charged in the Franklin County Municipal Court with Operating a Vehicle While Impaired – Driving Under the Influence of Alcohol or Drugs (M1) and Driving Under Suspension (M1) (2026TRC102326). He has an Arraignment Hearing scheduled for April 15, 2026. However, the offense date is November 21, 2025, which is prior to when he was released on bond for his instant alleged federal offense. This case was originally filed in the Dublin Mayor's Court (0101-TRC-2025-3317-1) before being transferred to the Franklin County Municipal Court. An updated criminal record check was completed on March 26, 2026, and no new arrests or pending criminal action were noted besides the above-noted case.

Mr. Venkatakrishnan is engaged with Maryhaven for outpatient substance use treatment. No issues have been reported from his provider besides him missing one group session on March 13, 2026. He was assessed for mental health treatment, but no services were recommended by his provider. All his urine specimens (five) have been returned as negative for alcohol and illicit substances.

At this time, it appears he violated his conditions of release by not complying with the Computer Restrictions and Monitoring Program Agreement, soliciting investors, and he did not report employment so his employer could properly be notified of the instant alleged offense as recommended by the Pretrial Services Officer. In view of the above-noted conduct, this officer respectfully requests the Court set a Bond Violation Hearing for Mr. Venkatakrishnan to appear and show cause why his bond should not be revoked.

Should the Court wish further information or clarification, please do not hesitate to contact this officer at (614) 719-3082.

s/Frank J. Clardy

cc: Assistant United States Attorney, Peter Glenn-Applegate
Attorney for the Defendant, Mark Collins