**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CASE NO: 2:25-mj-00611** |
| | : | |
| **v.** | : | |
| | : | **MAGISTRATE McCANN KING** |
| **ANIRUDH VENKATAKRISHNAN,** | : | |
| | : | |
| **Defendant.** | : | |

## MOTION TO MODIFY CONDITIONS OF PRE-TRIAL SUPERVISION

Now comes the Defendant, Anirudh Venkatakrishnan, by and through the undersigned counsel, Mark C. Collins, and hereby respectfully requests this Honorable Court issue an order modifying the conditions of the Defendant's pre-trial supervision. Specifically, Defense Counsel is requesting that the Defendant be removed from electronic monitoring for work purposes. The Defendant placed on GPS monitoring on November 24, 2025, as a condition of his bond. The reasons for this Motion are set forth in the accompanying Memorandum in Support.

Respectfully submitted,

/s/ *Mark C. Collins*
**MARK C. COLLINS (0061207)**
COLLINS & STEPHENS CO., LPA
150 E. Mound St., Suite 308
Columbus, Ohio 43215
(614) 443-3100   (614) 413-3902 – Fax
mark@mcollinslaw.com
*Attorney for Defendant, Anirudh Venkatakrishnan*

## **MEMORANDUM IN SUPPORT**

As this Court is aware, the conditions of Mr. Venkatakrishnan's pre-trial services include wearing a GPS ankle monitor and several other conditions. Since being placed on GPS monitoring, Mr. Venkatakrishnan has had no violations of the terms of his GPS monitoring.

Since being released on bond, Mr. Venkatakrishnan was offered a position as a roof inspector, which he subsequently accepted, at Columbus Roofing Company. (Exhibit A). However, due to Ani's ankle monitor, he is unable to move to properly wear the appropriate safety boots or move around safely when on top of roofs. (Exhibit B). If this Court were to allow Mr. Venkatakrishnan to be removed from GPS monitoring, this would eliminate many of the safety concerns that have arisen as a result of the ankle monitor.

Mr. Venkatakrishnan sought this opportunity as a roof inspector and has maintained this position as part of the requirements of his pretrial supervision conditions. Defense Counsel submits that Ani's continued demonstration that he is committed to resolving these cases shows that he is not at risk to violate his pre-trial supervision should his ankle monitor be removed.

As such, Defendant respectfully requests this Court modify his bond to allow the Defendant to be removed from electronic monitoring so that he may continue the job opportunities being extended to him as safely as possible.

Respectfully submitted,

/s/ *Mark C. Collins*
**MARK C. COLLINS (0061207)**
COLLINS & STEPHENS CO., LPA
150 E. Mound St., Suite 308
Columbus, Ohio 43215
(614) 443-3100   (614) 413-3902 – Fax
mark@mcollinslaw.com
*Attorney for Defendant, Anirudh Venkatakrishnan*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2026, I electronically filed the foregoing with the Clerk's Office using the CM/ECF System, which will send notification of such filing to Peter K. Glenn-Applegate, Assistant U.S. Attorney.

/s/ *Mark C. Collins*
**MARK C. COLLINS (0061207)**