

EXHIBIT

_____A_____

# COLUMBUS ROOFING COMPANY

*The Everyday Standard.*

## OFFER OF EMPLOYMENT

Roof Inspector

**Date:** 4/13/26

**Candidate Name: Anirudh Venkatakrishnan**

**Position:** Roof Inspector

## JOB OVERVIEW

Columbus Roofing Company is extending an offer of employment for the position of Roof Inspector. This is a commission-based, 1099 independent contractor position. The Roof Inspector plays a critical role in assessing residential and commercial roofing systems, identifying damage or deficiencies, documenting findings, preparing estimates and reports for insurance carriers and clients, and supporting the production team through the project lifecycle.

This position offers a competitive commission structure tied directly to company-collected revenue on inspected projects.

## COMPENSATION STRUCTURE

- **Compensation Type:** Commission-based (1099 Independent Contractor)
- **Commission Rate:** 10% of company-collected revenue on jobs inspected, documented, and supported by the Roof Inspector
- **Payment Schedule:** Commission is paid upon company collection of project revenue
- **Additional Compensation:** Performance bonuses may be awarded at management discretion

## RESPONSIBILITIES

- Conduct thorough and systematic roof inspections on residential and commercial properties, adhering to established guidelines and safety protocols
- Evaluate the condition of roofing materials, gutters, flashings, ventilation, and related components to assess functionality and identify signs of damage or deterioration
- Utilize specialized tools and equipment including moisture meters, drones, and photo documentation technology to perform comprehensive assessments
- Document all inspection findings with detailed written reports, photographs, measurements, and diagrams to create accurate project records
- Prepare estimates, scope-of-work reports, and documentation for insurance carriers and clients
- Coordinate with the production and operations team to support project execution from inspection through completion
- Stay current with industry standards, local building codes, and Ohio regulations related to roofing systems and inspection requirements
- Participate in ongoing professional development to enhance skills in roofing technology, materials knowledge, and inspection techniques
- Represent Columbus Roofing Company with professionalism and integrity at all job sites and client interactions

## QUALIFICATIONS

- Strong attention to detail with the ability to identify defects, damage, and potential issues in roofing systems
- Proficiency in using inspection tools, measurement technology, and documentation software
- Physical ability to climb ladders, traverse rooftops, and work outdoors in various weather conditions
- Strong written and verbal communication skills for report preparation and client interaction
- Certification as a Roof Inspector or related industry credentials is a plus but not required

## SCHEDULE & WORK ENVIRONMENT

- **Schedule:** Monday through Friday; weekend availability as needed based on project volume
- **Work Environment:** Field-based position with travel to job sites throughout the Columbus, Ohio metro area
- **Reporting:** Reports to the Production Director and/or CEO

## EQUAL OPPORTUNITY EMPLOYER

Columbus Roofing Company is an equal opportunity employer and values diversity in our workforce. We welcome applications from all qualified individuals regardless of race, color, religion, sex, national origin, disability, or any other protected status.

## ACCEPTANCE & AUTHORIZATION

By signing below, both parties acknowledge and agree to the terms of employment outlined in this offer letter.

### EMPLOYER

**Michael McGovern, CEO**
Columbus Roofing Company
Date: _____

### EMPLOYEE

Print Name: _____
Date: _____

### AUTHORIZED APPROVAL

Print Name / Title: _____
Date: _____