EXHIBIT

B



**COLUMBUS ROOFING COMPANY**
THE EVERYDAY STANDARD. BUILT FOR THE EVERYDAY YOU.

April 24, 2026

To whom it may concern,

I am writing on behalf of Columbus Roofing Company regarding our employee, Ani Venkatakrishnan, who is currently under your supervision and required to wear a court-ordered ankle monitor.

Ani Venkatakrishnan works as a roofing field technician. The role requires him to walk, climb, and work on pitched roofs daily. Our company requires all field personnel to wear Cougar Paws, the industry-standard roofing boot for steep-slope work. Cougar Paws are a high-top boot that extends several inches above the ankle and must fit snug against the leg to function safely. The boot's replaceable foam pad provides the traction that prevents slides and falls on asphalt shingles, metal, and steep pitches.

The ankle monitor creates a direct conflict with this boot in two ways. First, the monitor sits exactly where the boot upper needs to seat against the leg, which prevents proper fit, tightening, and lacing. Second, the pressure and friction from the boot against the monitor compromises both the device and the boot's structural integrity over a full work day on a roof.

This is not a comfort issue. It is a **fall-risk issue.** Improper boot fit on a pitched roof is a leading cause of serious injury and fatality in our trade.

We are committed to supporting his continued employment and his compliance with your office. I am happy to provide a letter of employment verification, his work schedule, job site addresses, or any additional documentation you require.

Please contact me directly at the number and email below if you have any questions or need further information.

Thank you for your time and consideration.

Respectfully,
**Michael McGovern**


Founder & CEO
Columbus Roofing Company
5131 Post Rd, Dublin, OH 43017
614-824-7462